UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN SKVARLA, on behalf of himself and all others similarly situated,

                    Plaintiff,

- against -

ENHANCED RECOVERY COMPANY, LLC d/b/a ERC and JOHN AND JANE DOES 1-10,

                    Defendants.

Case No.: 20 Civ. 10089

**NOTICE OF REMOVAL**

      Defendant, Enhanced Recovery Company, LLC ("ERC"), by and through its undersigned counsel, and pursuant to 28 U.S.C. §§ 1441, 1446, hereby files its Notice of Removal of this action from the Supreme Court of the State of New York, County of New York, to the United States District Court for the Southern District of New York, on the following grounds:

      1.     On November 4, 2020, Plaintiff, Brian Skvarla ("Plaintiff"), commenced a civil action in the Supreme Court of the State of New York, County of New York, styled *Brian Skvarla v. Enhanced Recovery Company, LLC d/b/a ERC and John and Jane Does 1-10,* Index No. 159471/2020.

      2.     On or about November 13, 2020, a copy of Plaintiff's Complaint was served on ERC. This Notice of Removal is being filed within thirty days of ERC's receipt through service of Plaintiff's Complaint and, therefore, under 28 U.S.C. § 1446(b)(1), this Notice of Removal is timely and proper.

      3.     Pursuant to 28 U.S.C. § 1446(a), true and legible copies of all process, pleadings, orders, and other papers or exhibits of every kind on file in the state court and known to have been served by, or upon ERC, are attached hereto as composite **Exhibit "A."** ERC is not aware of any further proceeding in the above-described civil action.

4. This Court possesses original jurisdiction over this matter pursuant to 28 U.S.C. § 1331, as this civil action involves a federal question.

5. Plaintiff alleges that ERC violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (the "FDCPA"). The FDCPA is a law of the United States and, therefore, pursuant to 28 U.S.C. § 1441(a), this claim is removable to this Court.

6. ERC will promptly file the Notice of Filing of Notice of Removal attached hereto as **Exhibit "B**,"[1] with a copy of this Notice of Removal, in the Office of the Clerk of the Supreme Court of the State of New York, County of New York. ERC will also promptly provide a written copy of the Notice of Removal to Plaintiff.

7. ERC has complied with all conditions precedent to the removal of this action.

WHEREFORE, Defendant, Enhanced Recovery Company, LLC, respectfully gives notice that the above-described civil action, now pending in the Supreme Court of the State of New York, County of New York, is removed therefrom to this Court.

Dated: New York, New York
   December 2, 2020

**SMITH, GAMBRELL & RUSSELL, LLP**

By: /s/ Edward J. Heppt
   Edward J. Heppt
   1301 Avenue of the Americas, 21st Floor
   New York, New York 10019
   Tel: (212) 907-9700
   Fax: (212) 907-9800
   Email: eheppt@sgrlaw.com

*Attorneys for Defendant*

---

[1] The exhibit to the Notice of Filing of Notice of Removal, consisting of this Notice of Removal, has been omitted from Exhibit B.

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 2, 2020, I filed the foregoing with the Clerk of Court using the CM/ECF system and caused to be served a true and correct copy of the foregoing on the person below via electronic and First Class Mail:

Alla Gulchina
Francis R. Greene
Stern Thomasson LLP
150 Morris Avenue, 2nd Floor
Springfield, New Jersey 07081
E-mail: Alla@SternThomasson.com
E-mail: Francis@SternThomasson.com

Simon Goldenberg
Law Office of Simon Goldenberg PLLC
818 E. 16th Street
Brooklyn, New York 11230
E-Mail: simon@goldenbergfirm.com
*Attorneys for Plaintiff, Brian Skvarla*

                /s/ Edward J. Heppt
                Edward J. Heppt